**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 183 MAL 2018

                Respondent    :

                :    Petition for Allowance of Appeal from

                :    the Order of the Superior Court

          v.          :

                :

ROBERT CONVERY, JR.,    :

                :

                Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 1st day of August, 2018, the Petition for Allowance of Appeal is **DENIED**.